| Fill in this information to identify the case: |
|---|
| United States Bankruptcy Court for the: |
| __EASTERN__ District of __NEW YORK__ (State) |
| Case number (If known): _____  Chapter __11__ |

☐ Check if this is an amended filing

Official Form 201

# Voluntary Petition for Non-Individuals Filing for Bankruptcy      06/24

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.

1. **Debtor's name**       268 DEAN LLC

2. **All other names debtor used in the last 8 years**
   Include any assumed names, trade names, and *doing business as* names

3. **Debtor's federal Employer Identification Number (EIN)**       47-4250354

4. **Debtor's address**

   **Principal place of business**
   268 DEAN STREET
   Number     Street

   BROOKLYN     NY     11217
   City         State  ZIP Code

   KINGS
   County

   **Mailing address, if different from principal place of business**
   93-16 71 DRIVE
   Number     Street

   P.O. Box

   FOREST HILLS, NY     11375
   City         State  ZIP Code

   **Location of principal assets, if different from principal place of business**

   Number     Street

   City         State  ZIP Code

5. **Debtor's website (URL)**

Official Form 201          Voluntary Petition for Non-Individuals Filing for Bankruptcy          page 1

Debtor  268 DEAN LLC
         Name                                                                Case number (if known)_____

6. **Type of debtor**
   ☒ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))
   ☐ Partnership (excluding LLP)
   ☐ Other. Specify: _____

7. **Describe debtor's business**

   A. *Check one:*
   ☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))
   ☒ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))
   ☐ Railroad (as defined in 11 U.S.C. § 101(44))
   ☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))
   ☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))
   ☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))
   ☐ None of the above

   B. *Check all that apply:*
   ☐ Tax-exempt entity (as described in 26 U.S.C. § 501)
   ☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. § 80a-3)
   ☐ Investment advisor (as defined in 15 U.S.C. § 80b-2(a)(11))

   C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See http://www.uscourts.gov/four-digit-national-association-naics-codes .
   5 3 1 1

8. **Under which chapter of the Bankruptcy Code is the debtor filing?**

   *Check one:*
   ☐ Chapter 7
   ☐ Chapter 9
   ☒ Chapter 11. *Check all that apply:*
   ☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $3,024,725 (amount subject to adjustment on 4/01/25 and every 3 years after that).
   ☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D). If the debtor is a small business debtor, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if all of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).
   ☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and it chooses to proceed under Subchapter V of Chapter 11.
   ☐ A plan is being filed with this petition.
   ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).
   ☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.
   ☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.
   ☐ Chapter 12

9. **Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**

   ☐ No

   If more than 2 cases, attach a separate list.

   ☐ Yes. District _____ When _____ Case number _____
                                            MM / DD / YYYY
           District _____ When _____ Case number _____
                                            MM / DD / YYYY

Debtor **268 DEAN LLC**     Case number (if known) _____
Name

10. **Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

    List all cases. If more than 1, attach a separate list.

    ☒ No
    ☐ Yes. Debtor _____ Relationship _____
           District _____ When ___/___/_____
                                              MM / DD /YYYY
           Case number, if known _____

11. **Why is the case filed in *this district*?**

    Check all that apply:

    ☒ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

    ☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

12. **Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

    ☒ No
    ☐ Yes. Answer below for each property that needs immediate attention. Attach additional sheets if needed.

    **Why does the property need immediate attention?** (Check all that apply.)

    ☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.
         What is the hazard? _____

    ☐ It needs to be physically secured or protected from the weather.

    ☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

    ☐ Other _____

    **Where is the property?** _____
                               Number        Street

    _____
           City                        State ZIP Code

    **Is the property insured?**

    ☐ No
    ☐ Yes. Insurance agency _____
           Contact name _____
           Phone _____

---

### Statistical and administrative information

13. **Debtor's estimation of available funds**

    Check one:

    ☒ Funds will be available for distribution to unsecured creditors.
    ☐ After any administrative expenses are paid, no funds will be available for distribution to unsecured creditors.

14. **Estimated number of creditors**

    ☒ 1-49
    ☐ 50-99
    ☐ 100-199
    ☐ 200-999
    ☐ 1,000-5,000
    ☐ 5,001-10,000
    ☐ 10,001-25,000
    ☐ 25,001-50,000
    ☐ 50,001-100,000
    ☐ More than 100,000

---

Official Form 201        Voluntary Petition for Non-Individuals Filing for Bankruptcy        page 3

Debtor   268 DEAN LLC                                  Case number (if known)_____
         Name

| 15. Estimated assets | ☐ $0-$50,000 | ☒ $1,000,001-$10 million | ☐ $500,000,001-$1 billion |
|---|---|---|---|
| | ☐ $50,001-$100,000 | ☐ $10,000,001-$50 million | ☐ $1,000,000,001-$10 billion |
| | ☐ $100,001-$500,000 | ☐ $50,000,001-$100 million | ☐ $10,000,000,001-$50 billion |
| | ☐ $500,001-$1 million | ☐ $100,000,001-$500 million | ☐ More than $50 billion |

| 16. Estimated liabilities | ☐ $0-$50,000 | ☒ $1,000,001-$10 million | ☐ $500,000,001-$1 billion |
|---|---|---|---|
| | ☐ $50,001-$100,000 | ☐ $10,000,001-$50 million | ☐ $1,000,000,001-$10 billion |
| | ☐ $100,001-$500,000 | ☐ $50,000,001-$100 million | ☐ $10,000,000,001-$50 billion |
| | ☐ $500,001-$1 million | ☐ $100,000,001-$500 million | ☐ More than $50 billion |

### Request for Relief, Declaration, and Signatures

**WARNING** -- Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on  01/08/2025
              MM / DD / YYYY

X _Alex A. Halimi_ (signature)          ALEX A. HALIMI
Signature of authorized representative of debtor      Printed name

Title  MANAGING MEMBER

**18. Signature of attorney**

X _____      Date _____
Signature of attorney for debtor              MM / DD / YYYY

Printed name

Firm name

Number    Street

City                                          State      ZIP Code

Contact phone                                 Email address

Bar number                                    State

Official Form 201        Voluntary Petition for Non-Individuals Filing for Bankruptcy        page 4

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK

-------------------------------------------------------------x
In Re: 268 DEAN LLC

Case No.

Chapter

Debtor(s)
-------------------------------------------------------------x

## VERIFICATION OF CREDITOR MATRIX/LIST OF CREDITORS

The undersigned debtor(s) or attorney for the debtor(s) hereby verifies that the creditor matrix/list of creditors submitted herein is true and correct to the best of his or her knowledge.

Dated: 01/08/25

_____
Debtor

_____
Joint Debtor

s/_____
Attorney for Debtor

USBC-44                                                                                                  Rev. 11/15

Sharestates Investments
45 N. Station Plaza
Suite 400
Great Neck, NY 11021

Paramount Coverage Inc.
2241 East 1st Street
Brooklyn, NY 11223

2327 E York LLC
93-16 71 Drive
Forest Hills, NY 11375

2626 Frankford LLC
93-16 71 Drive
Forest Hills, NY 11375

Con Edison
30 Flatbush Avenue
Brooklyn, NY 11217
CTI Construction Inc
3050 Whitestone Boulevard Ste 101B
Flushing, NY 11354

Gotham Bedrock LLC
93-16 71 Drive
Forest Hills, NY 11375

Unknown Affiliate
93-16 71 Drive
Forest Hills, NY 11375

1121 Pier Village LLC
93-16 71 Drive
Forest Hills, NY 11375

Penn Treaty Homes LLC
93-16 71 Drive
Forest Hills, NY 11375

158 15TH LLC
93-16 71 Drive
Forest Hills, NY 11375

193 Hancock LLC
93-16 71 Drive
Forest Hills, NY 11375

**Fill in this information to identify the case:**

Debtor name  268 DEAN LLC

United States Bankruptcy Court for the:  EASTERN  District of  NY
(State)

Case number (If known): _____

☐ Check if this is an amended filing

## Official Form 204

### Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders

12/15

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an *insider*, as defined in 11 U.S.C. § 101(31). Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| | Name of creditor and complete mailing address, including zip code | Name, telephone number, and email address of creditor contact | Nature of the claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of unsecured claim | | |
|---|---|---|---|---|---|---|---|
| | | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| 1 | PARAMOUNT COVERAGE 2241 E. 1ST STREET BROOKLYN, NY 11223 | RONNIE LEVY 917-498-2154 RONNIE@PARAMOUNT COVERAGE.COM | INSURANCE PREMIUMS | | | | 72,000 |
| 2 | PENN TREATY HOMES LLC 93-16 71 DRIVE FOREST HILLS, NY 11375 | ALEX HALIMI 718-930-4449 GOTHAMDEEDS@GMAIL.COM | INTERCOMPANY LOAN | | | | 303,800 |
| 3 | GOTHAM BEDROCK LLC 93-16 71 DRIVE FOREST HILLS, NY 11375 | ALEX HALIMI 718-930-4449 GOTHAMDEEDS@GMAIL.COM | INTERCOMPANY LOAN | | | | 42,600 |
| 4 | 2327 E YORK LLC 93-16 71 DRIVE FOREST HILLS, NY 11375 | ALEX HALIMI 718-930-4449 GOTHAMDEEDS@GMAIL.COM | INTERCOMPANY LOAN | | | | 2,700 |
| 5 | 158 15TH LLC 93-16 71 DRIVE FOREST HILLS, NY 11375 | ALEX HALIMI 718-930-4449 GOTHAMDEEDS@GMAIL.COM | INTERCOMPANY LOAN | | | | 31,000 |
| 6 | 231 E 123 LLC 93-16 71 DRIVE FOREST HILLS, NY 11375 | ALEX HALIMI 718-930-4449 GOTHAMDEEDS@GMAIL.COM | INTERCOMPANY LOAN | | | | 24,000 |
| 7 | 1121 PIER VILLAGE LLC 93-16 71 DRIVE FOREST HILLS, NY 11375 | ALEX HALIMI 718-930-4449 GOTHAMDEEDS@GMAIL.COM | INTERCOMPANY LOAN | | | | 1,000 |
| 8 | 193 HANCOCK LLC 93-16 71 DRIVE FOREST HILLS, NY 11375 | ALEX HALIMI 718-930-4449 GOTHAMDEEDS@GMAIL.COM | INTERCOMPANY LOAN | | | | 67,000 |

Debtor  268 DEAN LLC           Case number (if known) _____

| # | Name of creditor and complete mailing address, including zip code | Name, telephone number, and email address of creditor contact | Nature of the claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
|---|---|---|---|---|---|---|---|
| 9 | 2626 FRANKFORD LLC<br>93-16 71 DRIVE<br>FOREST HILLS, NY 11375 | ALEX HALIMI<br>718-930-4449<br>GOTHAMDEEDS@GMAIL.COM | INTERCOMPANY LOAN | | | | 67,800 |
| 10 | UNKNOWN AFFILIATE<br>93-16 71 DRIVE<br>FOREST HILLS, NY 11375 | ALEX HALIMI<br>718-930-4449<br>GOTHAMDEEDS@GMAIL.COM | INTERCOMPANY LOAN | | | | 100,000 |
| 11 | UNKNOWN AFFILIATE<br>93-16 71 DRIVE<br>FOREST HILLS, NY 11375 | ALEX HALIMI<br>718-930-4449<br>GOTHAMDEEDS@GMAIL.COM | INTERCOMPANY LOAN | | | | 473,700 |
| 12 | CON EDISON<br>30 FLATBUSH AVENUE<br>BROOKLYN, NY 11217 | | UTILITIES ELECTRIC | | | | 36,000 |
| 13 | | | | | | | |
| 14 | | | | | | | |
| 15 | | | | | | | |
| 16 | | | | | | | |
| 17 | | | | | | | |
| 18 | | | | | | | |
| 19 | | | | | | | |
| 20 | | | | | | | |

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK
-------------------------------------------------------------x

In re: 268 DEAN LLC,

              Debtor

-------------------------------------------------------------x

Case No.

Chapter 11

    Pursuant to Rule 1073-3 of the Local Rules of Bankruptcy Procedure for the Southern District of New York, Debtor 268 DEAN LLC certifies that it is owned by: (i) Gotham Deeds LLC (50%), which is, in turn, owned by Alex Halimi; and (ii) Urban Legend, LLC (50%), which is, in turn, owned by Saul Mazor.

Dated: January 08, 2025

                                             268 DEAN LLC

                                             BY _/s/ Alex Halimi_____
                                                ALEX HALIMI

## CERTIFICATE OF RESOLUTIONS OF 268 DEAN LLC

Alex Halimi, Manager of Gotham Deeds LLC, as Managing Member of 268 Dean LLC, a New York Limited Liability Company (the "Company"), hereby certifies that at a meeting of the Managing Members of the Company duly called and held on January 08, 2025, the following resolutions were duly adopted in accordance with the requirements of the applicable laws and that said resolutions have not been modified or rescinded, and are still in full force and effect on the date hereof:

RESOLVED, that in the judgment of the Managing Members of the Company, it is desirable and in the best interests of the Company, its members, creditors, employees, and other interested parties that a petition be filed by the Company seeking relief under the provisions of Chapter 11 of the United States Bankruptcy Code, 11 U.S.C. §§ 101 et seq. (as amended, the "Bankruptcy Code"); and it is

FURTHER RESOLVED that the officers and/or members of the Company be and each hereby is authorized and directed to take any and all further action and to execute and deliver any and all such further instruments and documents, including to pay all such expenses (subject to Bankruptcy Court approval), where necessary or appropriate in order to carry out fully the intent and accomplish the purposes of the resolution adopted herein; and it is

FURTHER RESOLVED, that Alex Halimi, Managing Member of Gotham Deeds LLC, shall represent 268 Dean LLC under Chapter 11 of the Bankruptcy Code.

In witness hereof I have hereunto set my hand this 08th day of January, 2025.

| | |
|---|---|
| _____  01/08/25 | _____  1/8/25 |
| By: Gotham Deeds LLC    Date | By: Urban Legend LLC    Date |
| By: Alex Halimi, Managing Member | By: Saul Mazor, Member |